**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-2099**

DONNA L. ISAAC,

        Plaintiff - Appellant,

   v.

CNX GAS COMPANY, LLC; SAUNDERS STAFFING, INC.,

        Defendants - Appellees.

Appeal from the United States District Court for the Southern District of West Virginia, at Bluefield. David A. Faber, Senior District Judge. (1:07-cv-00722)

Submitted: February 11, 2009     Decided: March 18, 2009

Before MICHAEL, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Donna L. Isaac, Appellant Pro Se. Joseph Anthony Curia, III, STEPTOE & JOHNSON, LLP, Charleston, West Virginia; Lawrence Morhous, BREWSTER, MORHOUS & CAMERON, Bluefield, West Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donna L. Isaac appeals from the district court's order and judgment adopting in part the magistrate judge's report and recommendation and dismissing her complaint alleging employment discrimination, hostile work environment and retaliation for having engaged in protected conduct. We have reviewed the record and the district court's order and affirm for the reasons cited by the district court. See Isaac v. CNX Gas Co., No. 1:07-cv-00722 (S.D. W. Va. Sept. 9, 2008). We grant Isaac's motion to amend the caption. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED